No. 14,537.

EDINBURG STATE BANK AND TRUST COMPANY
v. BRADBURN.
(103 P. [2d] 1064)

Decided June 3, 1940.   Rehearing denied July 1, 1940.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Hilliard and Mr. Justice Francis E. Bouck not participating.

Mr. JOSEPH K. BOZARD, for plaintiff in error.

Mr. ADDISON M. GOODING, for defendant in error.